PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Richard Remy

**Docket Number:** 07-00946-001
**PACTS Number:** 044954

**Name of Sentencing Judicial Officer:** HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/23/2008

**Original Offense:** BANK FRAUD

**Original Sentence:** 12 months and 1 day imprisonment; 3 years supervised release; $31,339.00 restitution. Special Conditions: full financial disclosure, mental health evaluation, and DNA collection.

**Type of Supervision:** Supervised Release                **Date Supervision Commenced:** 2/23/09

**Assistant U.S. Attorney:** Lee Vartan, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Jerome A. Ballarotto, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609 (609) 989-2160

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On March 25, 2010, Remy committed violations of New Jersey Statute 2C:21-1A(3) and 2C:21-5C(2) in Howell, New Jersey by fraudulently cashing a business check, drawn on the account of EBW, Inc., in the amount of $2,368.45. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On March 27, 2010, Remy committed a violation of New Jersey Statute 2C:21-1A(3) in Hamilton Township (Mercer County), New Jersey by fraudulently cashing a business check, drawn on the account of J. Davis Electric LLC, in the amount of $4,621.75. |

PROB 12C - Page 2
Richard Remy

3     The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

Remy was referred to Opportunity Reconnect, in Newark, NJ, for employment assistance. An appointment for interview was scheduled for April 29, 2010; however, Remy did keep the appointment as instructed to do so by his probation officer.

4     The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Remy has been unemployed throughout his term of supervised release. The probation officer has not excused him from full compliance with this condition.

I declare under penalty of perjury that the foregoing is true and correct.

By: Amy J. Capozzolo
U.S. Probation Officer

Date: 5/3/10

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/3/2010
Date